CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 26 2007

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| MARY A. WRIGHT, | ) |
| | ) Case No. 1:06CV00011 |
| Plaintiff, | ) |
| | ) **FINAL JUDGMENT** |
| v. | ) |
| | ) By: James P. Jones |
| COMMISSIONER OF SOCIALSECURITY, | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the defendant objected, it is **ADJUDGED AND ORDERED** as follows:

1. The defendant's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motions for summary judgment by the parties are denied and the Commissioner's decision is vacated;

4. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration of the plaintiff's mental residual functional capacity and resulting ability to work; and

5. The clerk is directed to close the case.

ENTER: March 26, 2007

/s/ James P. Jones
Chief United States District Judge